> Judgment in each case reversed, and judgment ordered in favor of the appellants, with costs, and in case No. 2, for the two penalties claimed.

---

*FITZGERROLD *v.* PEOPLE.  [ * 685

In the former edition of the Reports, the dissenting opinion of BACON, J., was here published. It has now been transferred to its proper place, page 427, *ante.*